# MANDATE

E.D.N.Y.–Bklyn
14-cv-4482
Cogan, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand eighteen.

Present:
    Ralph K. Winter,
    Debra Ann Livingston,
    Denny Chin,
        *Circuit Judges*.

Barbara J. Riley,

    *Plaintiff-Appellant*,

v.                                                                                                                  17-2968

City of New York, et al.,

    *Defendants-Appellees*.

Appellees move to dismiss the appeal for lack of jurisdiction as untimely filed. Upon due consideration, it is hereby ORDERED that Appellees' motions are GRANTED and the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 3/9/2018